**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES MILITARY ACADEMY AT WEST POINT; THE UNITED STATES DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as Secretary of Defense; CHRISTINE WORMUTH, in her official capacity as Secretary of the Army; LIEUTENANT GENERAL STEVEN GILLAND, in his official capacity as Superintendent of the United States Military Academy; and LIEUTENANT COLONEL RANCE LEE, in his official capacity as Director of Admissions for the United States Military Academy at West Point,<br>*Defendants*. | No. 7:23-cv-8262-PMH |

## <u>EMERGENCY</u> NOTICE OF APPEAL

Plaintiff, Students for Fair Admissions, hereby appeals to the U.S. Court of Appeals for the Second Circuit, on an emergency basis, this Court's denial of Plaintiff's motion for a preliminary injunction on January 3, 2024. *See* Doc. 78.

Dated: January 3, 2024

Respectfully Submitted,

Cameron T. Norris*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

*pro hac vice

APPEAL,ECF

# U.S. District Court
# Southern District of New York (White Plains)
# CIVIL DOCKET FOR CASE #: 7:23-cv-08262-PMH

| | |
|---|---|
| Students for Fair Admissions v. United States Military Academy at West Point et al<br>Assigned to: Judge Philip M. Halpern<br>Cause: 28:1331vc Fed. Question: Violation of Constitutional Rights | Date Filed: 09/19/2023<br>Jury Demand: None<br>Nature of Suit: 448 Civil Rights: Education<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Students for Fair Admissions** | represented by | **Bryan Weir**<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd<br>Suite 700<br>Arlington, VA 22209<br>703-243-9423<br>Email: bryan@consovoymccarthy.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Cameron Thomas Norris**<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd<br>Suite 700<br>Arlington, VA 22209<br>703-243-9423<br>Email: cam@consovoymccarthy.com<br>*ATTORNEY TO BE NOTICED*<br><br>**James Hasson**<br>1600 Wilson Blvd.<br>Suite 700<br>Arlington, VA 22209<br>703-243-9423<br>Email: james@consovoymccarthy.com<br>*ATTORNEY TO BE NOTICED*<br><br>**John Michael Connolly**<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd<br>Suite 700<br>Arlington, VA 22209<br>703-243-9423<br>Fax: 703-243-9423<br>Email: mike@consovoymccarthy.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Patrick Strawbridge**<br>Consovoy McCarthy Park PLLC<br>Ten Post Office Square<br>8th Floor South PMB, #706<br>Boston, MA 02109<br>617-227-0548<br>Email: patrick@consovoymccarthy.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas McCarthy**<br>Consovoy McCarthy PLLC<br>1600 Wilson Boulevard<br>Suite 700<br>Arlington, VA 22209<br>703-243-9423 |

Email: tom@consovoymccarthy.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Military Academy at West Point**   represented by   **Jennifer Ellen Blain**
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
(212)637–2743
Fax: (212) 637–2730
Email: Ellen.Blain@usdoj.gov
*LEAD ATTORNEY*

**Alyssa O'Gallagher**
DOJ–USAO
86 Chambers St
New York, NY 10007
917–754–4386
Email: alyssa.o'gallagher@usdoj.gov
*ATTORNEY TO BE NOTICED*

**John Robinson**
DOJ–Civ
1100 L Street NW
Washington, DC 20005
202–616–8489
Email: john.j.robinson@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**The United States Department of Defense**   represented by   **Jennifer Ellen Blain**
(See above for address)
*LEAD ATTORNEY*

**Alyssa O'Gallagher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Robinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lloyd Austin**
*in his official capacity as Secretary of Defense*   represented by   **Jennifer Ellen Blain**
(See above for address)
*LEAD ATTORNEY*

**Alyssa O'Gallagher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Robinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Christine Wormuth**
*in her official capacity as Secretary of the Army*   represented by   **Jennifer Ellen Blain**
(See above for address)
*LEAD ATTORNEY*

|  |  |  |
|---|---|---|
|  |  | **Alyssa O'Gallagher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **John Robinson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Lieutenant General Steven Gilland**<br>*in his official capacity as Superintendent of the United States Military Academy* | represented by | **Jennifer Ellen Blain**<br>(See above for address)<br>*LEAD ATTORNEY* |
|  |  | **Alyssa O'Gallagher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **John Robinson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Lieutenant Colonel Rance Lee**<br>*in his official capacity as Director of Admissions for the United States Military Academy at West Point* | represented by | **Jennifer Ellen Blain**<br>(See above for address)<br>*LEAD ATTORNEY* |
|  |  | **Alyssa O'Gallagher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **John Robinson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Amicus** |  |  |
| **National Association of Black Military Women, ACLU, NYCLU, NAACP LDF** | represented by | **Sarah Hinger**<br>American Civil Liberties Union Foundation<br>125 Broad Street<br>New York, NY 10004<br>212–519–7882<br>Email: shinger@aclu.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Perry Grossman**<br>New York Civil Liberties Union<br>125 Broad St. 19th Floor<br>New York, NY 10004<br>(212) 607–3300<br>Fax: (212) 607–3318<br>Email: pgrossman@nyclu.org<br>*ATTORNEY TO BE NOTICED* |
| **Amicus** |  |  |
| **107 West Point Graduates** | represented by | **Amy L. Marshak**<br>Institute For Constitutional Advocacy and Protection<br>Georgetown Law Center<br>Washington, DC 20001<br>(202)–662–9075<br>Email: as3397@georgetown.edu |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2023 | 1 | COMPLAINT against Lloyd Austin, Steven Gilland, Rance Lee, The United States Department of Defense, United States Military Academy at West Point, Christine Wormuth. (Filing Fee $ 402.00, Receipt Number ANYSDC–28307701)Document filed by Students for Fair Admissions..(McCarthy, Thomas) (Entered: 09/19/2023) |
| 09/19/2023 | 2 | CIVIL COVER SHEET filed..(McCarthy, Thomas) (Entered: 09/19/2023) |
| 09/19/2023 | 3 | **FILING ERROR – PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to United States Military Academy at West Point, The United States Department of Defense, Lloyd Austin, Christine Wormuth, Steven Gilland, Rance Lee, re: 1 Complaint,. Document filed by Students for Fair Admissions..(McCarthy, Thomas) Modified on 9/19/2023 (gp). (Entered: 09/19/2023) |
| 09/19/2023 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to United States Military Academy at West Point, The United States Department of Defense, Lloyd Austin, Christine Wormuth, Steven Gilland, Rance Lee, re: 1 Complaint,. Document filed by Students for Fair Admissions..(McCarthy, Thomas) (Entered: 09/19/2023) |
| 09/19/2023 | 5 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Students for Fair Admissions..(McCarthy, Thomas) (Entered: 09/19/2023) |
| 09/19/2023 | 6 | MOTION for Preliminary Injunction . Document filed by Students for Fair Admissions..(McCarthy, Thomas) (Entered: 09/19/2023) |
| 09/19/2023 | 7 | MEMORANDUM OF LAW in Support re: 6 MOTION for Preliminary Injunction . . Document filed by Students for Fair Admissions..(McCarthy, Thomas) (Entered: 09/19/2023) |
| 09/19/2023 | 8 | DECLARATION of Member A in Support re: 6 MOTION for Preliminary Injunction .. Document filed by Students for Fair Admissions..(McCarthy, Thomas) (Entered: 09/19/2023) |
| 09/19/2023 | 9 | DECLARATION of Edward Blum in Support re: 6 MOTION for Preliminary Injunction .. Document filed by Students for Fair Admissions..(McCarthy, Thomas) (Entered: 09/19/2023) |
| 09/19/2023 | 10 | DECLARATION of James Hasson in Support re: 6 MOTION for Preliminary Injunction .. Document filed by Students for Fair Admissions. (Attachments: # 1 Exhibit Ex. A – "The U.S. Military Academy at West Point", # 2 Exhibit Ex. B – "Class of 2027 to enter West Point", # 3 Exhibit Ex. C – "Class of 2026 to enter West Point", # 4 Exhibit Ex. D – "Cadet Consumer Information/Right to Know", # 5 Exhibit Ex. E – 1994 paper from the U.S. Government Accountability Office entitled, "Military Academy: Gender and Race Disparities", # 6 Exhibit Ex. F – 1999 report by the United States Department of Defense, Office of the Undersecretary of Defense for Personnel and Readiness, entitled, Career Progression of Minority and Women Officers., # 7 Exhibit Ex. G – pages 1–110 Report by the United States Military Academy Board of Visitors entitled, 2017 Annual Report., # 8 Exhibit Ex. G – ages 111–123 Report by the United States Military Academy Board of Visitors entitled, 2017 Annual Report., # 9 Exhibit Ex. H – Report by the United States Military Academy Board of Visitors entitled 2019 Annual Report., # 10 Exhibit Ex. I – Report by the United States Military Academy Board of Visitors entitled 2019 Annual Report., # 11 Exhibit Ex. J – news release by West Point entitled, Class of 2022 to Enter West Point., # 12 Exhibit Ex. K –news release by West Point Public Affairs entitled, Class of 2023 to Enter West Point., # 13 Exhibit Ex. L – 2010 article by Mike Strasser entitled, West Point Diversity Conference Discusses Progress, Challenges in Way Ahead., # 14 Exhibit Ex. M – 2003 New York Times Article entitled, Service Academies Defend Their Use of Race in Admissions Policies., # 15 Exhibit Ex. N – report by the Department of Defense entitled, Department of Defense Strategic Plan 2012–2017., # 16 Exhibit Ex. O – a 2001 Guardian article by James Maycock entitled, War Within War., # 17 Exhibit Ex. P – 2021 article by Walt Napier entitled A Short |

| | | |
|---|---|---|
| | | History of Integration in the U.S. Armed Forces., # 18 Exhibit Ex. Q – Article in Task and Purpose by Sarah Sicard entitled, How Affirmative Action Works at West Point., # 19 Exhibit Ex. R – Survey by the Ronald Reagan Institute entitled National Defense Survey., # 20 Exhibit Ex. S – Atlantic article by Senator Tim Kaine entitled, Why Our Best Officers Are Leaving., # 21 Exhibit Ex. T – Harvard study by Sayce Falk and Sasha Rogers entitled, Junior Military Officer Retention: Challenges and Opportunities., # 22 Exhibit Ex. U – CBS News article by Anthony Salvanto entitled, CBS News Poll Finds Most Americans Say Colleges Shouldnt Factor Race Into Admissions., # 23 Exhibit Ex. V – Pew Research poll entitled, Americans and affirmative action., # 24 Exhibit Ex. W Part 1 – Report by the Military Diversity Leadership Commission, entitled From Representation to Inclusion., # 25 Exhibit Ex. W Part 2 – Report by the Military Diversity Leadership Commission, entitled From Representation to Inclusion.).(McCarthy, Thomas) (Entered: 09/20/2023) |
| 09/20/2023 | 11 | MOTION for Thomas R. McCarthy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28311727. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Students for Fair Admissions..(McCarthy, Thomas) (Entered: 09/20/2023) |
| 09/20/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 11 MOTION for Thomas R. McCarthy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28311727. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 09/20/2023) |
| 09/20/2023 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Philip M. Halpern. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(pc) (Entered: 09/20/2023) |
| 09/20/2023 | | Magistrate Judge Judith C. McCarthy is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (pc) (Entered: 09/20/2023) |
| 09/20/2023 | | Case Designated ECF. (pc) (Entered: 09/20/2023) |
| 09/20/2023 | 12 | ELECTRONIC SUMMONS ISSUED as to Lloyd Austin, Steven Gilland, Rance Lee, The United States Department of Defense, United States Military Academy at West Point, Christine Wormuth..(pc) (Entered: 09/20/2023) |
| 09/22/2023 | 13 | ORDER FOR ADMISSION PRO HAC VICE granting 11 MOTION for Thomas R. McCarthy to Appear Pro Hac Vice. The motion of Thomas McCarthy for admission to practice pro hac vice in the above–captioned action is granted.. (Signed by Judge Philip M. Halpern on 9/22/2023) (jca) (Entered: 09/22/2023) |
| 09/26/2023 | 14 | NOTICE OF APPEARANCE by Thomas McCarthy on behalf of Students for Fair Admissions..(McCarthy, Thomas) (Entered: 09/26/2023) |
| 09/28/2023 | 15 | LETTER addressed to Judge Philip M. Halpern from Thomas McCarthy dated 09/28/2023 re: Preliminary Injunction Motion. Document filed by Students for Fair Admissions..(McCarthy, Thomas) (Entered: 09/28/2023) |
| 09/28/2023 | 16 | MOTION for Patrick Strawbridge to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28351931. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Students for Fair Admissions..(Strawbridge, Patrick) (Entered: 09/28/2023) |
| 09/28/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 16 MOTION for Patrick Strawbridge to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28351931. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are** |

| | | |
|---|---|---|
| | | **no deficiencies. (sgz)** (Entered: 09/28/2023) |
| 09/29/2023 | 17 | MEMO ENDORSEMENT on re: 15 Letter filed by Students for Fair Admissions. ENDORSEMENT: A telephone conference has been scheduled for 10/24/2023 at 11:30 a.m. to discuss plaintiff's pending motion for a preliminary injunction and request for a briefing schedule. The time for defendant to oppose the motion is stayed pending further order of the Court. At the time of the conference, all parties shall call the following number: (888) 398–2342; access code 3456831. Counsel for plaintiff shall notify all parties of the conference date and time and dial–in instructions, and shall, in advance of the conference, file proof of service of process. ( Telephone Conference set for 10/24/2023 at 11:30 AM before Judge Philip M. Halpern.) (Signed by Judge Philip M. Halpern on 9/29/2023) (ate) (Entered: 09/29/2023) |
| 09/29/2023 | 18 | ORDER granting 16 Motion for Patrick Strawbridge to Appear Pro Hac Vice. (Signed by Judge Philip M. Halpern on 9/29/2023) (ate) (Entered: 09/29/2023) |
| 09/30/2023 | 19 | NOTICE OF APPEARANCE by Alyssa O'Gallagher on behalf of Lloyd Austin, Steven Gilland, Rance Lee, The United States Department of Defense, United States Military Academy at West Point, Christine Wormuth..(O'Gallagher, Alyssa) (Entered: 09/30/2023) |
| 09/30/2023 | 20 | NOTICE OF APPEARANCE by Jennifer Ellen Blain on behalf of Lloyd Austin, Steven Gilland, Rance Lee, The United States Department of Defense, United States Military Academy at West Point, Christine Wormuth..(Blain, Jennifer) (Entered: 09/30/2023) |
| 10/02/2023 | 21 | AFFIDAVIT OF SERVICE of Complaint, Summons, and Motion for a Preliminary Injunction served on The United States Military Academy at West Point; The United States Department of Defense; Lloyd Austin; Christine Wormuth; Lieutenant General Steven Gilland; Lieutenant Colonel Rance Lee on September 25, 2023. Service was accepted by Jennifer Ellen Blain. Document filed by Students for Fair Admissions..(Strawbridge, Patrick) (Entered: 10/02/2023) |
| 10/04/2023 | 22 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** FIRST MOTION for Bryan Weir to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28380917. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Students for Fair Admissions..(Weir, Bryan) Modified on 10/4/2023 (va). (Entered: 10/04/2023) |
| 10/04/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 22 FIRST MOTION for Bryan Weir to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28380917. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (va)** (Entered: 10/04/2023) |
| 10/05/2023 | 23 | FIRST MOTION for Cameron Norris to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28385707. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Students for Fair Admissions..(Norris, Cameron) (Entered: 10/05/2023) |
| 10/05/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 23 FIRST MOTION for Cameron Norris to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28385707. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (va)** (Entered: 10/05/2023) |
| 10/05/2023 | 24 | FIRST MOTION for Mike Connolly to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28387968. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Students for Fair Admissions..(Connolly, John) (Entered: 10/05/2023) |
| 10/05/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 24 FIRST MOTION for Mike Connolly to Appear Pro Hac Vice . Filing fee $** |

| | | |
|---|---|---|
| | | **200.00, receipt number ANYSDC−28387968. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (va)** (Entered: 10/05/2023) |
| 10/06/2023 | 25 | DECLARATION of Member C in Support re: 6 MOTION for Preliminary Injunction .. Document filed by Students for Fair Admissions..(Strawbridge, Patrick) (Entered: 10/06/2023) |
| 10/06/2023 | 26 | ORDER FOR ADMISSION PRO HAC VICE granting 23 FIRST MOTION for Cameron Norris to Appear Pro Hac Vice. The motion of Cameron Norris for admission to practice pro hac vice in the above−captioned action is granted.. (Signed by Judge Philip M. Halpern on 10/6/2023) (jca) (Entered: 10/06/2023) |
| 10/06/2023 | 27 | ORDER FOR ADMISSION PRO HAC VICE granting 24 FIRST MOTION for Mike Connolly to Appear Pro Hac Vice. The motion of Mike Connolly for admission to practice pro hac vice in the above−captioned action is granted.. (Signed by Judge Philip M. Halpern on 10/6/2023) (jca) (Entered: 10/06/2023) |
| 10/19/2023 | 28 | NOTICE OF APPEARANCE by John Robinson on behalf of Lloyd Austin, Steven Gilland, Rance Lee, The United States Department of Defense, United States Military Academy at West Point, Christine Wormuth..(Robinson, John) (Entered: 10/19/2023) |
| 10/19/2023 | 29 | PETITION TO FILE AN AMICUS BRIEF IN OPPOSITION TO PLAINTIFF(MOTION for Leave to File AMICUS BRIEF). Document filed by Robert Wooten, a non−party.(sc) (Entered: 10/20/2023) |
| 10/24/2023 | | Minute Entry for proceedings held before Judge Philip M. Halpern: Telephone Status Conference held on October 24, 2023 regarding Plaintiffs pending motion for a preliminary injunction. Counsel for all parties appeared by telephone. Plaintiff shall file with the Court an affidavit of service of the Complaint on all Defendants or waiver of service consistent with Rule 4 of the Federal Rules of Civil Procedure. The Court declines to construe Plaintiffs motion for a preliminary injunction as an Order to Show Cause. The Court directed the following, by October 31, 2023: (1) Plaintiff shall file a proposed Order to Show Cause; (2) Plaintiff may either file a revised Memorandum of Law addressing the burden of proof standard the Court should apply to the preliminary injunction motion or advise the Court that it is not filing a revised memorandum; (3) Defendants shall write to the Court outlining their position why the Court should stay their deadline to answer or otherwise respond to Plaintiff's Complaint pending a decision on Plaintiff's motion for a preliminary injunction; and (4) the Parties shall write to the Court regarding: (i) their efforts at resolution and whether a referral to the assigned magistrate judge for settlement or to the Court−annexed mediation program would assist, or whether they intend to engage a private mediator; and (ii) their respective positions on the Petition to File an Amicus Brief (Doc 29). Defendants' opposition to the motion for a preliminary injunction is due by November 17, 2023 and Plaintiff's reply is due by November 29, 2023. The Court scheduled oral argument to proceed on December 21, 2023 at 11:00 a.m. in Courtroom 520 unless the Court advises the Parties that oral argument is not necessary. (Court Reporter AT&T Teleconference) (mf). (Entered: 10/25/2023) |
| 10/30/2023 | 30 | PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Document filed by Students for Fair Admissions..(McCarthy, Thomas) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entered: 10/30/2023) |
| 10/30/2023 | 31 | AMENDED MEMORANDUM OF LAW in Support re: 6 MOTION for Preliminary Injunction .. Document filed by Students for Fair Admissions..(McCarthy, Thomas) (Entered: 10/30/2023) |
| 10/30/2023 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Document No. 30 Proposed Order to Show Cause Without Emergency Relief was reviewed and approved as to form. (tp)** (Entered: 10/30/2023) |
| 10/31/2023 | 32 | ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION It is ORDERED, that the above named defendants show cause before a motion term of this Court, at Room 520, Federal Building and Courthouse, 300 Quarropas Street, in the City of White Plains, County of Westchester, and State of New York, on December 21, 2023, at 11 o'clock in the fore noon thereof, or as soon thereafter as counsel may be heard, |

| | | |
|---|---|---|
| | | why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendants during the pendency of this action from considering race as a factor when making admissions decisions; and it is further ORDERED that this Order to Show Cause and the papers upon which it is based are deemed served upon Defendants via ECF filing, provided that Plaintiff complies with the Court's Order to file an affidavit of service or waiver of service of the complaint consistent with Fed. R. Civ. P.4; and it is further ORDERED that Defendants' opposition papers shall be served and filed by November 17, 2023; and Plaintiff's reply papers shall be served and filed by November 29, 2023. If after the motion is fully submitted the Court believes oral argument is unnecessary it will so advise the parties. SO ORDERED. (Show Cause Hearing set for 12/21/2023 at 11:00 AM in Courtroom 520, 300 Quarropas Street, White Plains, NY 10601 before Judge Philip M. Halpern.), ( Replies due by 11/29/2023.) Show Cause Response due by 11/17/2023. (Signed by Judge Philip M. Halpern on 10/31/2023) (jca) (Entered: 10/31/2023) |
| 10/31/2023 | 33 | SECOND MOTION for Bryan Weir to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Students for Fair Admissions..(Norris, Cameron) (Entered: 10/31/2023) |
| 10/31/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 33 SECOND MOTION for Bryan Weir to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): INK SIGNATURE required when not using own PACER account;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (va)** (Entered: 10/31/2023) |
| 10/31/2023 | 34 | THIRD MOTION for Bryan Weir to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Students for Fair Admissions..(Norris, Cameron) (Entered: 10/31/2023) |
| 10/31/2023 | 35 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for James Hasson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28502342. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Students for Fair Admissions..(Hasson, James) Modified on 10/31/2023 (va). (Entered: 10/31/2023) |
| 10/31/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 34 THIRD MOTION for Bryan Weir to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (va)** (Entered: 10/31/2023) |
| 10/31/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 35 MOTION for James Hasson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28502342. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Texas and Supreme Court of Virginia. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (va)** (Entered: 10/31/2023) |
| 10/31/2023 | 36 | JOINT LETTER addressed to Judge Philip M. Halpern from Alyssa B. O'Gallagher dated October 31, 2023 re: Efforts at Resolution and Amicus Filings. Document filed by Lloyd Austin, Steven Gilland, Rance Lee, The United States Department of Defense, United States Military Academy at West Point, Christine Wormuth..(O'Gallagher, Alyssa) (Entered: 10/31/2023) |
| 10/31/2023 | 37 | LETTER addressed to Judge Philip M. Halpern from Alyssa B. O'Gallagher dated October 31, 2023 re: Defendants' Deadline to Respond to the Complaint. Document filed by Lloyd Austin, Steven Gilland, Rance Lee, The United States Department of Defense, United States Military Academy at West Point, Christine Wormuth..(O'Gallagher, Alyssa) (Entered: 10/31/2023) |
| 11/01/2023 | 38 | ORDER FOR ADMISSION PRO HAC VICE granting 34 THIRD MOTION for Bryan Weir to Appear Pro Hac Vice. The motion of Bryan Weir for admission to |

| | | |
|---|---|---|
| | | practice pro hac vice in the above–captioned action is granted.. (Signed by Judge Philip M. Halpern on 11/1/2023) (jca) (Entered: 11/01/2023) |
| 11/01/2023 | 39 | AFFIDAVIT OF SERVICE of Complaint, Summonses, and Motion for Preliminary Injunction served on All Defendants. Service was made by Mail. Document filed by Students for Fair Admissions..(Norris, Cameron) (Entered: 11/01/2023) |
| 11/02/2023 | 40 | MEMO ENDORSEMENT on re: 37 Letter, filed by Lloyd Austin, The United States Department of Defense, United States Military Academy at West Point, Rance Lee, Steven Gilland, Christine Wormuth ENDORSEMENT: Application granted. The time for defendants to answer the complaint is extended pending a decision on the motion for a preliminary injunction. SO ORDERED. (Signed by Judge Philip M. Halpern on 11/2/2023) (jca) (Entered: 11/02/2023) |
| 11/03/2023 | 41 | ORDER denying 29 Letter Motion for Leave to File Document. Accordingly, the motion for leave to file an amicus brief (Doc. 29) is denied. The Clerk of Court is respectfully requested to terminate the pending motion and mail a copy of this order to Mr. Wooten at the address noted by him in his motion (Doc. 29): Robert Wooten, 2478 Van Buskirk St., Stockton, CA 95206. SO ORDERED.. (Signed by Judge Philip M. Halpern on 11/3/2023) (jca) Transmission to Docket Assistant Clerk for processing. (Entered: 11/03/2023) |
| 11/06/2023 | | Mailed a copy of 41 Order on Motion for Leave to File Document, to Robert Wooten, 2478 Van Buskirk St., Stockton, CA 95206. (sha) (Entered: 11/06/2023) |
| 11/09/2023 | 42 | LETTER MOTION for Extension of Time *and Leave to File Excess Pages* addressed to Judge Philip M. Halpern from Alyssa B. O'Gallagher dated November 9, 2023. Document filed by Lloyd Austin, Steven Gilland, Rance Lee, The United States Department of Defense, United States Military Academy at West Point, Christine Wormuth..(O'Gallagher, Alyssa) (Entered: 11/09/2023) |
| 11/10/2023 | 43 | ORDER granting 42 Letter Motion for Extension of Time. The time for Defendants to file their opposition to Plaintiff's motion for a preliminary injunction is extended to November 22, 2023 and Defendants are granted leave to file a 50–page brief. (HEREBY ORDERED by Judge Philip M. Halpern)(Text Only Order) (sbh) (Entered: 11/10/2023) |
| 11/21/2023 | 44 | LETTER MOTION for Leave to File Excess Pages addressed to Judge Philip M. Halpern from Alyssa B. O'Gallagher dated November 21, 2023. Document filed by Lloyd Austin, Steven Gilland, Rance Lee, The United States Department of Defense, United States Military Academy at West Point, Christine Wormuth..(O'Gallagher, Alyssa) (Entered: 11/21/2023) |
| 11/21/2023 | 45 | LETTER RESPONSE in Opposition to Motion addressed to Judge Philip M. Halpern from Thomas R. McCarthy dated November 21, 2023 re: 44 LETTER MOTION for Leave to File Excess Pages addressed to Judge Philip M. Halpern from Alyssa B. O'Gallagher dated November 21, 2023. . Document filed by Students for Fair Admissions..(McCarthy, Thomas) (Entered: 11/21/2023) |
| 11/22/2023 | 46 | ORDER granting 44 Letter Motion for Leave to File Excess Pages. Application granted. SO ORDERED.. (Signed by Judge Philip M. Halpern on 11/22/2023) (jca) (Entered: 11/22/2023) |
| 11/22/2023 | 47 | MEMORANDUM OF LAW in Opposition re: 6 MOTION for Preliminary Injunction . . Document filed by Lloyd Austin, Steven Gilland, Rance Lee, The United States Department of Defense, United States Military Academy at West Point, Christine Wormuth..(O'Gallagher, Alyssa) (Entered: 11/22/2023) |
| 11/22/2023 | 48 | DECLARATION of Ashish S. Vazirani in Opposition re: 6 MOTION for Preliminary Injunction .. Document filed by Lloyd Austin, Steven Gilland, Rance Lee, The United States Department of Defense, United States Military Academy at West Point, Christine Wormuth..(Blain, Jennifer) (Entered: 11/22/2023) |
| 11/22/2023 | 49 | DECLARATION of Lt. General Douglas F. Stitt in Opposition re: 6 MOTION for Preliminary Injunction .. Document filed by Lloyd Austin, Steven Gilland, Rance Lee, The United States Department of Defense, United States Military Academy at West Point, Christine Wormuth..(Blain, Jennifer) (Entered: 11/22/2023) |

| | | |
|---|---|---|
| 11/22/2023 | 50 | DECLARATION of Beth Bailey, PhD. in Opposition re: 6 MOTION for Preliminary Injunction .. Document filed by Lloyd Austin, Steven Gilland, Rance Lee, The United States Department of Defense, United States Military Academy at West Point, Christine Wormuth..(Blain, Jennifer) (Entered: 11/22/2023) |
| 11/22/2023 | 51 | DECLARATION of Jeannette Haynie in Opposition re: 6 MOTION for Preliminary Injunction .. Document filed by Lloyd Austin, Steven Gilland, Rance Lee, The United States Department of Defense, United States Military Academy at West Point, Christine Wormuth..(Blain, Jennifer) (Entered: 11/22/2023) |
| 11/22/2023 | 52 | DECLARATION of Jason Lyall, PhD. in Opposition re: 6 MOTION for Preliminary Injunction .. Document filed by Lloyd Austin, Steven Gilland, Rance Lee, The United States Department of Defense, United States Military Academy at West Point, Christine Wormuth..(Blain, Jennifer) (Entered: 11/22/2023) |
| 11/22/2023 | 53 | DECLARATION of Colonel Deborah J. McDonald in Opposition re: 6 MOTION for Preliminary Injunction .. Document filed by Lloyd Austin, Steven Gilland, Rance Lee, The United States Department of Defense, United States Military Academy at West Point, Christine Wormuth. (Attachments: # 1 Exhibit A – Academic Board Directive & Annexes, # 2 Exhibit B– 2028 Admissions Guidance).(O'Gallagher, Alyssa) (Entered: 11/22/2023) |
| 11/23/2023 | 54 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply addressed to Judge Philip M. Halpern from Thomas R. McCarthy dated November 23, 2023., CONSENT LETTER MOTION for Leave to File Excess Pages addressed to Judge Philip M. Halpern from Thomas R. McCarthy dated November 23, 2023. Document filed by Students for Fair Admissions..(McCarthy, Thomas) (Entered: 11/23/2023) |
| 11/27/2023 | 55 | ORDER granting 54 Letter Motion for Extension of Time to File Response/Reply re 54 CONSENT LETTER MOTION for Extension of Time to File Response/Reply addressed to Judge Philip M. Halpern from Thomas R. McCarthy dated November 23, 2023.CONSENT LETTER MOTION for Leave to File Excess Pages addressed to Judge Philip M. Halpern from Thomas R. McCarthy dated November 23, 2023; granting 54 Letter Motion for Leave to File Excess Pages. Applications granted. SO ORDERED. (Replies due by 12/5/2023.). (Signed by Judge Philip M. Halpern on 11/27/2023) (jca) (Entered: 11/27/2023) |
| 11/27/2023 | 63 | MOTION, Re: to File Amicus Brief. Document filed by Robert Wooten.(sc) (Entered: 12/14/2023) |
| 11/29/2023 | 56 | LETTER MOTION to File Amicus Brief addressed to Judge Philip M. Halpern from Sarah Hinger dated November 29, 2023. Document filed by National Association of Black Military Women, ACLU, NYCLU, NAACP LDF. (Attachments: # 1 Exhibit Amicus Brief in Opposition to Plaintiff's Motion for a Preliminary Injunction).(Hinger, Sarah) (Entered: 11/29/2023) |
| 11/29/2023 | 57 | FIRST LETTER MOTION to File Amicus Brief *on behalf of 107 West Point Graduates* addressed to Judge Philip M. Halpern from Amy L. Marshak dated November 29, 2023. Document filed by 107 West Point Graduates. (Attachments: # 1 Exhibit Proposed Brief of Amici Curiae).(Marshak, Amy) (Entered: 11/29/2023) |
| 11/29/2023 | 58 | NOTICE OF APPEARANCE by Amy L. Marshak on behalf of 107 West Point Graduates..(Marshak, Amy) (Entered: 11/29/2023) |
| 11/29/2023 | 59 | NOTICE OF APPEARANCE by Sarah Hinger on behalf of National Association of Black Military Women, ACLU, NYCLU, NAACP LDF..(Hinger, Sarah) (Entered: 11/29/2023) |
| 12/05/2023 | 60 | REPLY MEMORANDUM OF LAW in Support re: 6 MOTION for Preliminary Injunction . . Document filed by Students for Fair Admissions..(McCarthy, Thomas) (Entered: 12/05/2023) |
| 12/05/2023 | 61 | REPLY AFFIDAVIT of Lieutenant General (Ret.) Thomas W. Spoehr in Support re: 6 MOTION for Preliminary Injunction .. Document filed by Students for Fair Admissions..(McCarthy, Thomas) (Entered: 12/05/2023) |

| | | |
|---|---|---|
| 12/08/2023 | 62 | NOTICE OF APPEARANCE by Perry Grossman on behalf of National Association of Black Military Women, ACLU, NYCLU, NAACP LDF..(Grossman, Perry) (Entered: 12/08/2023) |
| 12/15/2023 | 64 | ORDER re: 63 MOTION to File Amicus Brief. The parties are directed to file responses to Mr. Wooten's motion (Doc. 63) by 12/22/2023. (HEREBY ORDERED by Judge Philip M. Halpern) (Text Only Order) (sbh) (Entered: 12/15/2023) |
| 12/15/2023 | 65 | LETTER addressed to Judge Philip M. Halpern from AUSA Ellen Blain dated December 15, 2023 re: Response to Court's 12.15.23 Order and Update. Document filed by Lloyd Austin, Steven Gilland, Rance Lee, The United States Department of Defense, United States Military Academy at West Point, Christine Wormuth..(Blain, Jennifer) (Entered: 12/15/2023) |
| 12/18/2023 | 66 | MOTION for Richard Gabriel Anderson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28705574. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Students for Fair Admissions. (Attachments: # 1 Proposed Order Proposed Order: Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing: Supreme Court of Texas & Texas Bar).(Norris, Cameron) (Entered: 12/18/2023) |
| 12/18/2023 | 67 | LETTER addressed to Judge Philip M. Halpern from Thomas R. McCarthy dated December 18, 2023 re: Response to Court's 12.15.23 Order & West Point's 12.15.23 Update. Document filed by Students for Fair Admissions..(McCarthy, Thomas) (Entered: 12/18/2023) |
| 12/18/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 66 MOTION for Richard Gabriel Anderson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–28705574. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 12/18/2023) |
| 12/18/2023 | 68 | DECLARATION of Member A (Supplemental) in Support re: 6 MOTION for Preliminary Injunction .. Document filed by Students for Fair Admissions..(McCarthy, Thomas) (Entered: 12/18/2023) |
| 12/18/2023 | 69 | DECLARATION of Member C (Supplemental) in Support re: 6 MOTION for Preliminary Injunction .. Document filed by Students for Fair Admissions..(McCarthy, Thomas) (Entered: 12/18/2023) |
| 12/19/2023 | 70 | ORDER FOR ADMISSION PRO HAC VICE granting 66 MOTION for Richard Gabriel Anderson to Appear Pro Hac Vice. The motion of Richard Gabe Anderson for admission to practice pro hac vice in the above–captioned action is granted.. (Signed by Judge Philip M. Halpern on 12/19/2023) (jca) (Entered: 12/19/2023) |
| 12/19/2023 | 71 | ORDER denying 63 Letter Motion to File Amicus Brief. For the same reasons previously explained in the Court's prior order, granting formal amici status to Mr. Wooten would do nothing to aid this Courts evaluation of the issues in the action, and his proposed brief does not assist the Court in clarifying issues as an objective, neutral, dispassionate friend of the court. United States v. Gotti, 755 F. Supp. 1157, 1159 (E.D.N.Y. 1991). (See Doc. 41). Accordingly, the motion is DENIED. The Clerk of Court is respectfully requested to terminate the pending motion and mail a copy of this order to Mr. Wooten at the address noted by him in his motion (Doc. 63): Robert Wooten, 2478 Van Buskirk St., Stockton, CA 95206. (And as further set forth herein.) SO ORDERED.. (Signed by Judge Philip M. Halpern on 12/19/2023) (jca) Transmission to Docket Assistant Clerk for processing. (Entered: 12/19/2023) |
| 12/20/2023 | | Mailed a copy of 71 Order on Motion to File Amicus Brief, to Robert Wooten, 2478 Van Buskirk St., Stockton, CA 95206. (sha) (Entered: 12/20/2023) |
| 12/20/2023 | 72 | LETTER addressed to Judge Philip M. Halpern from AUSA Ellen Blain dated December 20, 2023 re: Letter Attaching Memorandum Order in Naval Academy Matter. Document filed by Lloyd Austin, Steven Gilland, Rance Lee, The United States Department of Defense, United States Military Academy at West Point, Christine Wormuth..(Blain, Jennifer) (Entered: 12/20/2023) |
| 12/20/2023 | 73 | LETTER addressed to Judge Philip M. Halpern from Thomas R. McCarthy dated December 20, 2023 re: Naval Academy Opinion. Document filed by Students for Fair |

| | | |
|---|---|---|
| | | Admissions..(McCarthy, Thomas) (Entered: 12/20/2023) |
| 12/20/2023 | 74 | MOTION to bring electronics . Document filed by Students for Fair Admissions..(Norris, Cameron) (Entered: 12/20/2023) |
| 12/20/2023 | 75 | MOTION to bring electronics . Document filed by Students for Fair Admissions..(McCarthy, Thomas) (Entered: 12/20/2023) |
| 12/21/2023 | 76 | ORDER granting 74 MOTION to bring electronics. Plaintiff's request for counsel to bring laptops, iPad tablets, and personal cell phones as needed to the proceeding today is granted, however, all counsel seeking permission to bring personal electronic devices or general purposes computing devices into the courthouse must submit in accordance with the Standing Order M10–468, as revised, an application for electronic devices to be so–ordered by the Court. The fillable form, available on the SDNY website, shall be completed and e–mailed to Chambers at HalpernNYSDChambers@nysd.uscourts.gov (HEREBY ORDERED by Judge Philip M. Halpern)(Text Only Order) (sbh) (Entered: 12/21/2023) |
| 12/21/2023 | 77 | ORDER granting 75 MOTION to bring electronics. Plaintiff's request for counsel to bring laptops, iPad tablets, and personal cell phones as needed to the proceeding today is granted, however, all counsel seeking permission to bring personal electronic devices or general purposes computing devices into the courthouse must submit in accordance with the Standing Order M10–468, as revised, an application for electronic devices to be so–ordered by the Court. The fillable form, available on the SDNY website, shall be completed and e–mailed to Chambers at HalpernNYSDChambers@nysd.uscourts.gov (HEREBY ORDERED by Judge Philip M. Halpern)(Text Only Order) (sbh) (Entered: 12/21/2023) |
| 12/22/2023 | | Minute Entry for proceedings held before Judge Philip M. Halpern: Oral Argument held on 12/21/2023 re: 32 Order to Show Cause. The Court reserved decision on the preliminary injunction. (Court Reporter Christina Arends–Dieck) (mf) (Entered: 12/22/2023) |
| 01/03/2024 | 78 | OPINION AND ORDER re: 56 LETTER MOTION to File Amicus Brief addressed to Judge Philip M. Halpern from Sarah Hinger dated November 29, 2023. filed by National Association of Black Military Women, ACLU, NYCLU, NAACP LDF, 6 MOTION for Preliminary Injunction . filed by Students for Fair Admissions, 57 FIRST LETTER MOTION to File Amicus Brief *on behalf of 107 West Point Graduates* addressed to Judge Philip M. Halpern from Amy L. Marshak dated November 29, 2023. filed by 107 West Point Graduates.For the foregoing reasons, Plaintiff's motion for a preliminary injunction is DENIED. The Clerk of Court is respectfully directed to terminate the motion sequences pending at Docs. 6, 56, and 57. SO ORDERED. (Signed by Judge Philip M. Halpern on 1/3/2023) (jca) (Entered: 01/03/2024) |
| 01/03/2024 | 79 | EMERGENCY NOTICE OF INTERLOCUTORY APPEAL from 78 Memorandum & Opinion,,,. Document filed by Students for Fair Admissions. Filing fee $ 605.00, receipt number ANYSDC–28765123. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Norris, Cameron) (Entered: 01/03/2024) |
| 01/04/2024 | 80 | EMERGENCY LETTER MOTION for Conference *re: Motion for Injunction Pending Appeal and Request to Treat Letter as the Motion Itself and Rule Today* addressed to Judge Philip M. Halpern from Thomas R. McCarthy dated January 4, 2024. Document filed by Students for Fair Admissions..(McCarthy, Thomas) (Entered: 01/04/2024) |
| 01/04/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 79 Notice of Interlocutory Appeal,..(nd) (Entered: 01/04/2024) |
| 01/04/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 79 Notice of Interlocutory Appeal, filed by Students for Fair Admissions were transmitted to the U.S. Court of Appeals..(nd) (Entered: 01/04/2024) |