## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Students for Fair Admissions v. United States Military Academy at West Point          Docket No.: 24-40

Lead Counsel of Record (name/firm) or Pro se Party (name): Cameron Thomas Norris/Consovoy McCarthy PLLC

Appearance for (party/designation): Students for Fair Admissions/Plaintiff-Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
☑ Correct
☐ Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
☑ Correct
☐ Incorrect.   The following parties do not wish to participate in this appeal:
Parties: _____
☐ Incorrect.   Please change the following parties' designations:
Party                                        Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
☑ Correct
☐ Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Cameron T. Norris
Firm: Consovoy McCarthy PLLC
Address: 1600 Wilson Boulevard, Suite 700, Arlington, VA 22209
Telephone: (703) 243-9423                                        Fax: _____
Email: cam@consovoymccarthy.com

## RELATED CASES

☑ This case has not been before this Court previously.
☐ This case has been before this Court previously.   The short title, docket number, and citation are: _____

☐ Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (☑) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that (☐) I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: /s/ Cameron T. Norris
Type or Print Name: _____
                    OR
Signature of pro se litigant: _____
Type or Print Name: Cameron T. Norris
☐ I am a pro se litigant who is not an attorney.
☐ I am an incarcerated pro se litigant.