**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: Students for Fair Admissions v. United States Military Academy    Docket No.: 24-40

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Patrick Strawbridge

Firm: Consovoy McCarthy PLLC

Address: Ten Post Office Square 8th Floor South PMB #706 Boston, Massachusetts 02109

Telephone: (617) 227-0548    Fax:

E-mail: patrick@consovoymccarthy.com

Appearance for: Students for Fair Admissions/Plaintiff-Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Cameron T. Norris/Consovoy McCarthy PLLC )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Patrick Strawbridge

Type or Print Name: Patrick Strawbridge