## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Students for Fair Admissions v. United States Military Academy at West Point

Docket No.: 24-40

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Ellen Blain

Firm: United States Attorney's Office, S.D.N.Y.

Address: 86 Chambers Street, 3rd Floor, New York, NY 10007

Telephone: (212) 637-2743     Fax: (212) 637-2730

E-mail: ellen.blain@usdoj.gov

Appearance for: United States Military Academy at West Point; United States Department of Defense; Lloyd Austin; Christine Wormuth; Lieutenant General Steven Gilland; Lieutenant Colonel Rance Lee / Defendants-Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Benjamin H. Torrance / United States Attorney's Office, S.D.N.Y.; Alyssa O'Gallagher / United States Attorney's Office, S.D.N.Y. )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 08-31-2020     OR

☐ I applied for admission on _____ .

Signature of Counsel: _____

Type or Print Name: Ellen Blain