**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: January 17, 2024
Docket #: 24-40
Short Title: Students for Fair Admissions v. United States Military Academy at West Point

DC Docket #: 7:23-cv-8262
DC Court: SDNY (WHITE PLAINS)
DC Judge: Trial Judge - Philip M. Halpern

### NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for injunction filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, January 23, 2024.

Inquiries regarding this case may be directed to 212-857-8595.