

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

By Electronic Case Filing                               January 27, 2024

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Students for Fair Admissions v. U.S. Military Academy*, Docket No. 24-40

Dear Ms. Wolfe:

    This Office represents defendants-appellees (the "government") in the above-named case. In light of plaintiff-appellant's pending application for an injunction pending appeal (dkt. no. 11), we write to apprise the Court that on the evening of January 26, 2024, plaintiff-appellant filed an application requesting the same relief from the Supreme Court (docket number 23A696). Plaintiff-appellant has requested that the Supreme Court decide that application by January 31, 2024, and the Court has directed the government to respond by 5:00 p.m. on January 30, 2024.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

    By:    /s/ Benjamin H. Torrance
        ALYSSA B. O'GALLAGHER
        ELLEN BLAIN
        BENJAMIN H. TORRANCE
        Assistant United States Attorneys
        Telephone: 212.637.2822, 2743, 2703
        Email: alyssa.o'gallagher@usdoj.gov
              ellen.blain@usdoj.gov
              benjamin.torrance@usdoj.gov

cc:    counsel (by ACMS)