

1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com

Catherine O'Hagan Wolfe, Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

**RE:** *Students for Fair Admissions v. U.S. Military Academy at West Point*, No. 24-40 – Response to Government's 1/27/24 Letter

Dear Ms. O'Hagan Wolfe:

SFFA's emergency motion for an injunction pending appeal remains pending in this Court. The government is correct that SFFA—on Friday evening, to preserve its members' rights—sought the same relief from the Supreme Court. U.S.-Ltr. (CA2.Doc.25.1). But the government doesn't say what it thinks this Court should do with that information.

If the government means this Court should resolve SFFA's motion before Tuesday (when the government's response is due at the Supreme Court), then SFFA agrees. This Court still has jurisdiction over SFFA's appeal and the power to rule on its motion. That motion has been fully briefed since January 12.

If the government means this Court shouldn't rule (and just wait for the Supreme Court to rule), then SFFA strongly disagrees. If this Court is drafting an opinion, its analysis will help the parties and the Supreme Court analyze these issues. And if this Court grants SFFA's motion, then SFFA can withdraw its application in the Supreme Court, potentially saving the parties and the judiciary time and resources.

Dated: January 28, 2024

Respectfully submitted,

/s/ *Cameron T. Norris*
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

**CERTIFICATE OF COMPLIANCE**

This letter complies with Rule 28(j) because its body contains 170 words.

Dated: January 28, 2024 /s/ *Cameron T. Norris*

**CERTIFICATE OF SERVICE**

I e-filed this letter with the Court, which will email everyone requiring notice.

Dated: January 28, 2024 /s/ *Cameron T. Norris*