

1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com

Catherine O'Hagan Wolfe, Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

**RE:** *Students for Fair Admissions v. U.S. Military Academy at West Point*, **No. 24-40** – Scheduling Request

Dear Ms. O'Hagan Wolfe:

Per Local Rule 31.2(a), appellant, Students for Fair Admissions, submits this letter to respectfully request that appellant's opening brief be due no later than April 3, 2024.

Dated: January 29, 2024                Respectfully submitted,

/s/ *Cameron T. Norris*
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

## CERTIFICATE OF SERVICE

I e-filed this letter with the Court, which will email everyone requiring notice.

Dated: January 29, 2024                                      /s/ *Cameron T. Norris*

2