# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of February, two thousand twenty-four,

Students for Fair Admissions,

    Plaintiff - Appellant,

v.

United States Military Academy at West Point, United States Department of Defense, Lloyd Austin, in his official capacity as Secretary of Defense, Christine Wormuth, in her official capacity as Secretary of the Army, Lieutenant General Steven Gilland, in his official capacity as Superintendent of the United States Military Academy, Lieutenant Colonel Rance Lee, in his official capacity as Director of Admissions for the United States Military Academy at West Point,

    Defendants - Appellees.

**ORDER**
Docket No. 24-40

Counsel for Appellant Students for Fair Admissions has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting April 3, 2024 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief and appendix must be filed on or before April 3, 2024. The appeal is dismissed effective April 3, 2024 if the brief and appendix are not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court