# 24-40

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

STUDENTS FOR FAIR ADMISSIONS,

*Plaintiff-Appellant,*

v.

UNITED STATES MILITARY ACADEMY AT WEST POINT; UNITED STATES DEPARTMENT OF DEFENSE; LLOYD AUSTIN, in his official capacity as Secretary of Defense; CHRISTINE WORMUTH, in her official capacity as Secretary of the Army; LIEUTENANT GENERAL STEVEN GILLAND, in his official capacity as Superintendent of the United States Military Academy; and LIEUTENANT COLONEL RANCE LEE, in his official capacity as Director of Admissions for the United States Military Academy at West Point,

*Defendants-Appellees.*

### STIPULATION OF VOLUNTARY DISMISSAL

Per Rule 42(b), the parties stipulate that this interlocutory appeal from the district court's denial of SFFA's motion for a preliminary injunction is voluntarily dismissed. The parties will bear their own costs for purposes of the limited proceedings in this Court.

1

<table>
<tr><td>

Dated: February 9, 2024

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

*/s/ Ellen Blain*

ELLEN BLAIN
ALYSSA B. O'GALLAGHER
BENJAMIN H. TORRANCE
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, NY 10007
(212) 637-2743; 2822; 2703
ellen.blain@usdoj.gov
alyssa.o'gallagher@usdoj.gov
benjamin.torrance@usdoj.gov

*Counsel for Defendants-Appellees*

</td><td>

Respectfully submitted,

*/s/*

Thomas R. McCarthy
J. Michael Connolly
Cameron T. Norris
Bryan Weir
James F. Hasson
R. Gabriel Anderson
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
bryan@consovoymccarthy.com
james@consovoymccarthy.com
gabe@consovoymccarthy.com

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
patrick@consovoymccarthy.com

*Counsel for Plaintiff-Appellant*

</td></tr>
</table>

2