**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: February 13, 2024
Docket #: 24-40
Short Title: Students for Fair Admissions v. United States Military Academy at West Point

DC Docket #: 7:23-cv-8262
DC Court: SDNY (WHITE PLAINS)
Trial Judge - Philip M. Halpern

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8658.