**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of February two thousand twenty-four,

Students for Fair Admissions,

    Plaintiff - Appellant,

v.

United States Military Academy at West Point, United States Department of Defense, Lloyd Austin, in his official capacity as Secretary of Defense, Christine Wormuth, in her official capacity as Secretary of the Army, Lieutenant General Steven Gilland, in his official capacity as Superintendent of the United States Military Academy, Lieutenant Colonel Rance Lee, in his official capacity as Director of Admissions for the United States Military Academy at West Point,

    Defendants - Appellees.

**ORDER**
Docket No. 24-40

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/13/2024